LUCY A. LONGWORTH et al., Appellants, v. PETROLEUM SEDIVEC, Respondent.

St. Louis Court of Appeals, December 13, 1898.

TRANSFERRED TO SUPREME COURT.

BLAND, P. J.—It affirmatively appears on the face of the pleadings in this case that the title to real estate is involved, wherefore the cause is transferred to the supreme court. All concur.